# Exhibit 1 to DeWitt Declaration

## Summary of Debt Purchases and Conversion Discounts

$ 1,115,012.88

| No. | Debt Purchase Date | Debt Purchase $$ | Issuer | Ticker Symbol | Convertible Debenture Date | Conversion Discount |
|---|---|---|---|---|---|---|
| 1 | 1/7/2016 | $ 25,000.00 | Aluf Holdings, Inc. | AHIX | 1/7/2016 | 50% |
| 2 | 1/24/2016 | $ 50,000.00 | Aluf Holdings, Inc. | AHIX | 1/24/2016 | 60% |
| 3 | 7/28/2016 | $ 10,000.00 | Axxess Pharma, Inc. | ALST AXXE | 10/15/2015 | 50% |
| 4 | 7/9/2016 | $ 25,000.00 | Bulova Technologies Group, Inc. | BTGI | 7/9/2016 | 50% |
| 5 | 4/15/2016 | $ 25,000.00 | CD International Enterprises, Inc. | CDII | 4/15/2016 | 45% |
| 6 | 12/7/2015 | $ 20,000.00 | Daniels Corporate Advisory Company, Inc. | DCAC | 12/7/2015 | 50% |
| 7 | 12/23/2015 | $ 25,000.00 | Daniels Corporate Advisory Company, Inc. | DCAC | 12/23/2015 | 50% |
| 8 | 12/10/2013 | $ 17,500.00 | Dewmar International BMC, Inc. | DEWM | 12/10/2013 | 45% |
| 9 | 3/27/2014 | $ 25,000.00 | East Coast Diversified Corp. | ECDC | 3/27/2014 | 50% |
| 10 | 2/24/2015 | $ 20,000.00 | Elray Resources, Inc. | ELRA | 2/23/2015 | 60% |
| 11 | 8/18/2014 | $ 1,000.00 | Energy Revenue America, Inc. | ERAO | 8/18/2014 | Unavailable |
| 12 | 2/28/2014 | $ 14,676.00 | Eyes on the Go, Inc. | AXCG | 2/28/2014 | 50% |
| 13 | 6/4/2015 | $ 15,000.00 | Gold & Silver Mining of Nevada, Inc. RainMaker Worldwide, Inc. | CJTF RAKR | 6/4/2015 | 40% |
| 14 | 7/9/2015 | $ 19,841.23 | Gold & Silver Mining of Nevada, Inc. RainMaker Worldwide, Inc. | CJTF RAKR | 7/9/2015 | 50% |
| 15 | 8/19/2015 | $ 20,000.00 | Gold & Silver Mining of Nevada, Inc. RainMaker Worldwide, Inc. | CJTF RAKR | 8/19/2015 | 50% |
| 16 | 10/27/2015 | $ 15,000.00 | Gold & Silver Mining of Nevada, Inc. RainMaker Worldwide, Inc. | CJTF RAKR | 10/27/2015 | 50% |
| 17 | 10/30/2014 | $ 11,000.00 | Gold and GemStone Mining Inc. | GGSM | 10/30/2014 | 0.00005 |
| 18 | 3/14/2016 | $ 15,000.00 | Green Energy Enterprises, Inc. f/k/a Quasar Aerospace Industries, Inc. | GYOG QASP | 3/14/2016 | 50% |
| 19 | 8/17/2015 | $ 6,250.00 | Greenfield Farms Food, Inc. | GRAS | 8/17/2015 | 50% |
| 20 | 10/15/2015 | $ 16,000.00 | Grid Petroleum Corp./Simlatus Corporation | GRPR SIML | 10/15/2015 | 50% |
| 21 | 1/31/2013 | $ 15,000.00 | Halberd Corporation | HALB | 1/31/2013 | Unavailable |
| 22 | 7/1/2016 | $ 20,184.10 | Halitron, Inc. | HAON | 7/1/2016 | 50% |
| 23 | 4/17/2014 | $ 1,000.00 | Healthnostics, Inc. Envirotechologies International, Inc. | HNSS ETII | 4/17/2014 | Unavailable |
| 24 | 10/17/2014 | $ 10,750.00 | Healthy & Tasty Brands Corporation (a/k/a GRILLiT, Inc.) | GRLT | Unavailable | Unavailable |
| 25 | 9/9/2015 | $ 10,750.00 | Healthy & Tasty Brands Corporation (a/k/a GRILLiT, Inc.) | GRLT | 9/9/2015 | 50% |
| 26 | 7/1/2015 | $ 12,000.00 | Hybrid Coating Technologies, Inc. | HCTI | 7/1/2015 | 50% |
| 27 | 7/15/2015 | $ 20,000.00 | Hybrid Coating Technologies, Inc. | HCTI | 7/15/2015 | 50% |
| 28 | 3/7/2014 | $ 10,000.00 | In Ovations Holdings, Inc. | INOH | 3/7/2014 | 0.00057 |
| 29 | 4/28/2014 | $ 5,000.00 | In Ovations Holdings, Inc. | INOH | 4/28/2014 | 0.00050 |
| 30 | 6/18/2014 | $ 15,000.00 | In Ovations Holdings, Inc. | INOH | 6/18/2014 | 0.00050 |
| 31 | 11/4/2014 | $ 25,000.00 | In Ovations Holdings, Inc. | INOH | 11/4/2014 | Lower of 50% or 0.000125 |
| 32 | 10/29/2015 | $ 18,049.00 | Indo Global Exchange(s) Pte, Ltd. | IGEX | 10/29/2015 | Lower of 50% or 0.0001 |

# Exhibit 1 to DeWitt Declaration

## Summary of Debt Purchases and Conversion Discounts

$ 1,115,012.88

| No. | Debt Purchase Date | Debt Purchase $$ | Issuer | Ticker Symbol | Convertible Debenture Date | Conversion Discount |
|---|---|---|---|---|---|---|
| 33 | 2/12/2014 | $ 20,000.00 | InoLife Technologies, Inc. | INOL | 2/12/2014 | 0.00001 |
| 34 | 6/16/2014 | $ 6,000.00 | InternetArray, Inc. | INAR | 6/16/2014 | Unavailable |
| 35 | 11/24/2014 | $ 25,000.00 | Las Vegas Railway Express, Inc. United Rail, Inc | XTRN URAL | 11/24/2014 | 50% |
| 36 | 12/27/2014 | $ 16,800.00 | Las Vegas Railway Express, Inc. United Rail, Inc | XTRN URAL | 12/27/2014 | 50% |
| 37 | 1/15/2015 | $ 25,000.00 | Las Vegas Railway Express, Inc. United Rail, Inc | XTRN URAL | 1/15/2015 | 50% |
| 38 | 10/23/2014 | $ 25,000.00 | LIG Assets, Inc. | LIGA | 10/23/2014 | 50% |
| 39 | 12/12/2014 | $ 25,000.00 | LIG Assets, Inc. | LIGA | 12/12/2014 | 50% |
| 40 | 1/23/2014 | $ 9,281.50 | Medical Care Technologies Inc. | MDCE | 1/23/2014 | Unavailable |
| 41 | 7/2/2014 | $ 14,000.00 | Mining Global, Inc. f/k/a Yaterra Venturea Corp. | MNGG | 7/2/2014 | 50% |
| 42 | 9/14/2015 | $ 47,176.39 | MyECheck, Inc. | MYEC | 9/14/2015 | Unavailable |
| 43 | 12/22/2015 | $ 30,000.00 | Next Galaxy Corp. | NXGA | 12/22/2015 | 50% |
| 44 | 3/2/2016 | $ 15,000.00 | North American Cannabis Holdings, Inc. f/k/a Algae International Group, Inc. | USMJ ALGA | 3/2/2016 | 50% |
| 45 | 2/2/2015 | $ 12,500.00 | PM&E, Inc. | PMEA | 2/2/2015 | 50% |
| 46 | 7/31/2015 | $ 15,000.00 | PotNetwork Holdings Inc. | POTN | 7/31/2015 | 50% |
| 47 | 3/23/2016 | $ 10,000.00 | PotNetwork Holdings Inc. | POTN | 3/23/2016 | 50% |
| 48 | 1/22/2014 | $ 50,000.00 | PPJ Healthcare Enterprises, Inc. | PPJE | 1/22/2014 | 50% |
| 49 | 2/21/2014 | $ 36,688.66 | PPJ Healthcare Enterprises, Inc. | PPJE | 2/21/2014 | 50% |
| 50 | 3/8/2014 | $ 12,500.00 | PPJ Healthcare Enterprises, Inc. | PPJE | 3/8/2014 | 50% |
| 51 | 6/16/2014 | $ 36,066.00 | PPJ Healthcare Enterprises, Inc. | PPJE | 6/16/2014 | Lower of 50% or 0.0001 |
| 52 | 6/25/2014 | $ 20,000.00 | PPJ Healthcare Enterprises, Inc. | PPJE | 6/25/2014 | 50% |
| 53 | 10/17/2014 | $ 25,000.00 | f/k/a Quasar Aerospace Industries, Inc. Green Energy Enterprises, Inc. | GYOG QASP | 10/17/2014 | 50% |
| 54 | 10/28/2015 | $ 50,000.00 | Sanomedics, Inc. | SIMH | 10/28/2015 | 50% |
| 55 | 11/6/2015 | $ 10,000.00 | Sanomedics, Inc. | SIMH | 11/6/2015 | 50% |
| 56 | 10/28/2014 | $ 15,000.00 | Seven Arts Entertainment, Inc. | SAPX | 10/28/2014 | 0.00005 |
| 57 | 11/4/2013 | $ 25,000.00 | Urban Ag Corp. | AQUM | 11/4/2013 | 50% |