# Exhibit 2 to DeWitt Declaration
# Stock Transactions - Acquisitions by MEG
### (167 Stock Deposits)

|  |  |  | 8,537,795,146 |
|---|---|---|---|
| No. | Stock Receipt Date | Issuer | Shares Deposited |
| 1 | 2013-04-30 | HALBERD CORPORATION - HALB | 1,500,000 |
| 2 | 2013-11-15 | URBAN AG CORP - AQUM | 30,000,000 |
| 3 | 2013-11-25 | URBAN AG CORP - AQUM | 30,000,000 |
| 4 | 2013-12-20 | URBAN AG CORP - AQUM | 90,000,000 |
| 5 | 2014-01-06 | URBAN AG CORP - AQUM | 97,000,000 |
| 6 | 2014-01-23 | URBAN AG CORP - AQUM | 123,790,000 |
| 7 | 2014-01-30 | DEWMAR INTERNATIONAL BMC INC - DEWM | 52,857,142 |
| 8 | 2014-02-14 | PPJ HEALTHCARE ENTERPRISES - PPJE | 50,000,000 |
| 9 | 2014-03-18 | IN OVATIONS HOLDING INC - INOH | 17,500,000 |
| 10 | 2014-03-18 | INTERNETARRAY INC - INAR | 375,000,000 |
| 11 | 2014-03-18 | MEDICAL CARE TECHNOLOGIES - MDCE | 102,864,000 |
| 12 | 2014-03-18 | MYCHECK INC - MYEC | 30,000,000 |
| 13 | 2014-03-21 | EYES ON THE GO INC - AXCG | 36,690,000 |
| 14 | 2014-04-08 | EAST COAST DIVERSIFIED - ECDC | 250,000,000 |
| 15 | 2014-04-09 | PPJ HEALTHCARE ENTERPRISES - PPJE | 66,706,654 |
| 16 | 2014-04-22 | ENERGY REVENUE AMERICA INC - ERAO | 3,000,000 |
| 17 | 2014-05-01 | EAST COAST DIVERSIFIED - ECDC | 250,000,000 |
| 18 | 2014-05-19 | ENERGY REVENUE AMERICA INC - ERAO | 1,000,000 |
| 19 | 2014-06-24 | HEALTHNOSTICS INC - HNSS | 100,000,000 |
| 20 | 2014-06-24 | PPJ HEALTHCARE ENTERPRISES - PPJE | 25,014,966 |
| 21 | 2014-07-01 | IN OVATIONS HOLDING INC - INOH | 10,000,000 |
| 22 | 2014-07-15 | INTERNETARRAY INC - INAR | 600,000,000 |
| 23 | 2014-07-21 | PPJ HEALTHCARE ENTERPRISES - PPJE | 100,000,000 |
| 24 | 2014-07-28 | MYCHECK INC - MYEC | 30,000,000 |
| 25 | 2014-08-04 | MINING GLOBAL INC - MNGG | 280,000,000 |
| 26 | 2014-08-05 | IN OVATIONS HOLDING INC - INOH | 20,000,000 |
| 27 | 2014-09-03 | PPJ HEALTHCARE ENTERPRISES - PPJE | 200,000,000 |
| 28 | 2014-09-12 | PPJ HEALTHCARE ENTERPRISES - PPJE | 200,000,000 |
| 29 | 2014-10-26 | PPJ HEALTHCARE ENTERPRISES - PPJE | 200,000,000 |
| 30 | 2014-11-07 | INOLIFE TECHNOLOGIES INC - INOL | 25,000,000 |
| 31 | 2014-11-17 | LIG ASSETS INC - LIGA | 25,000,000 |
| 32 | 2014-11-18 | GOLD & GEMSTONE MINING INC - GGSM | 36,000,000 |
| 33 | 2014-11-18 | PPJ HEALTHCARE ENTERPRISES - PPJE | 200,000,000 |
| 34 | 2014-11-20 | GRILLIT INC - GRLT | 4,011,194 |
| 35 | 2014-12-08 | LIG ASSETS INC - LIGA | 10,714,285 |
| 36 | 2014-12-12 | IN OVATIONS HOLDING INC - INOH | 120,000,000 |

# Exhibit 2 to DeWitt Declaration
# Stock Transactions - Acquisitions by MEG

(167 Stock Deposits)

|  |  |  | 8,537,795,146 |
|---|---|---|---|
| No. | Stock Receipt Date | Issuer | Shares Deposited |
| 37 | 2014-12-18 | LIG ASSETS INC - LIGA | 35,714,285 |
| 38 | 2014-12-19 | QUASAR AEROSPACE INDUSTRIES - GYOG | 125,000,000 |
| 39 | 2014-12-22 | LAS VEGAS RAILWAYS - XTRN | 16,670,909 |
| 40 | 2014-12-26 | LAS VEGAS RAILWAYS - XTRN | 18,311,111 |
| 41 | 2014-12-29 | LIG ASSETS INC - LIGA | 26,785,715 |
| 42 | 2015-01-02 | LAS VEGAS RAILWAYS - XTRN | 16,868,888 |
| 43 | 2015-01-07 | QUASAR AEROSPACE INDUSTRIES - GYOG | 62,500,000 |
| 44 | 2015-01-08 | LAS VEGAS RAILWAYS - XTRN | 16,888,888 |
| 45 | 2015-01-09 | QUASAR AEROSPACE INDUSTRIES - GYOG | 62,500,000 |
| 46 | 2015-01-21 | LAS VEGAS RAILWAYS - XTRN | 13,142,857 |
| 47 | 2015-01-27 | ENERGY REVENUE AMERICA INC - ERAO | 2,000,000 |
| 48 | 2015-01-27 | INOLIFE TECHNOLOGIES INC - INOL | 29,500,000 |
| 49 | 2015-01-28 | LIG ASSETS INC - LIGA | 60,000,000 |
| 50 | 2015-02-04 | QUASAR AEROSPACE INDUSTRIES - GYOG | 125,000,000 |
| 51 | 2015-02-05 | LAS VEGAS RAILWAYS - XTRN | 15,333,333 |
| 52 | 2015-02-13 | LIG ASSETS INC - LIGA | 60,000,000 |
| 53 | 2015-02-25 | INOLIFE TECHNOLOGIES INC - INOL | 38,000,000 |
| 54 | 2015-02-25 | LAS VEGAS RAILWAYS - XTRN | 15,000,000 |
| 55 | 2015-03-19 | GOLD & GEMSTONE MINING INC - GGSM | 36,000,000 |
| 56 | 2015-03-19 | INOLIFE TECHNOLOGIES INC - INOL | 44,000,000 |
| 57 | 2015-03-26 | IN OVATIONS HOLDING INC - INOH | 200,000,000 |
| 58 | 2015-03-31 | LIG ASSETS INC - LIGA | 80,000,000 |
| 59 | 2015-04-16 | GOLD & GEMSTONE MINING INC - GGSM | 43,500,000 |
| 60 | 2015-04-24 | GOLD & GEMSTONE MINING INC - GGSM | 45,800,000 |
| 61 | 2015-05-13 | LAS VEGAS RAILWAYS - XTRN | 40,000,000 |
| 62 | 2015-05-15 | ENERGY REVENUE AMERICA INC - ERAO | 4,000,000 |
| 63 | 2015-05-15 | SEVEN ARTS ENTERTAINMENT INC - SAPX | 38,000,000 |
| 64 | 2015-05-18 | SEVEN ARTS ENTERTAINMENT INC - SAPX | 262,000,000 |
| 65 | 2015-05-29 | LAS VEGAS RAILWAYS - XTRN | 68,600,000 |
| 66 | 2015-06-04 | LAS VEGAS RAILWAYS - XTRN | 72,000,000 |
| 67 | 2015-06-12 | GOLD & SILVER MINING OF NEVADA INC - CJTF | 10,000,000 |
| 68 | 2015-06-16 | LAS VEGAS RAILWAYS - XTRN | 229,400,000 |
| 69 | 2015-06-22 | GOLD & SILVER MINING OF NEVADA INC - CJTF | 39,583,333 |
| 70 | 2015-07-06 | ELRAY RES INC - ELRA | 25,000,000 |
| 71 | 2015-07-06 | GOLD & SILVER MINING OF NEVADA INC - CJTF | 63,750,000 |
| 72 | 2015-07-15 | GOLD & SILVER MINING OF NEVADA INC - CJTF | 95,690,000 |

# Exhibit 2 to DeWitt Declaration
# Stock Transactions - Acquisitions by MEG
### (167 Stock Deposits)

| No. | Stock Receipt Date | Issuer | Shares Deposited |
|---|---|---|---|
| | | | 8,537,795,146 |
| 73 | 2015-07-15 | HYBRID COATING TECHNOLOGIES - HCTI | 5,000,000 |
| 74 | 2015-07-17 | HYBRID COATING TECHNOLOGIES - HCTI | 3,275,862 |
| 75 | 2015-08-05 | HYBRID COATING TECHNOLOGIES - HCTI | 6,100,000 |
| 76 | 2015-08-12 | GOLD & SILVER MINING OF NEVADA INC - CJTF | 470,448 |
| 77 | 2015-08-25 | GOLD & SILVER MINING OF NEVADA INC - CJTF | 2,025,316 |
| 78 | 2015-09-01 | GOLD & SILVER MINING OF NEVADA INC - CJTF | 2,500,000 |
| 79 | 2015-09-03 | GREENFIELD FARMS FOOD INC - GRAS | 8,330,000 |
| 80 | 2015-09-08 | ENERGY REVENUE AMERICA INC - ERAO | 5,000,000 |
| 81 | 2015-09-09 | POTNETWORK HOLDINGS INC - POTN | 150,000,000 |
| 82 | 2015-09-14 | GOLD & SILVER MINING OF NEVADA INC - CJTF | 1,406,250 |
| 83 | 2015-09-17 | HYBRID COATING TECHNOLOGIES - HCTI | 12,444,444 |
| 84 | 2015-09-17 | POTNETWORK HOLDINGS INC - POTN | 150,000,000 |
| 85 | 2015-09-21 | GOLD & SILVER MINING OF NEVADA INC - CJTF | 8,750,000 |
| 86 | 2015-09-24 | GRILLIT INC - GRLT | 100,000,000 |
| 87 | 2015-09-28 | GOLD & SILVER MINING OF NEVADA INC - CJTF | 8,750,000 |
| 88 | 2015-10-07 | GOLD & SILVER MINING OF NEVADA INC - CJTF | 32,500,000 |
| 89 | 2015-10-07 | GRILLIT INC - GRLT | 115,000,000 |
| 90 | 2015-10-07 | INDO GLOBAL EXCHANGE(S) - IGEX | 25,000,000 |
| 91 | 2015-10-12 | GOLD & SILVER MINING OF NEVADA INC - CJTF | 33,333,333 |
| 92 | 2015-10-28 | GRID PETROLEUM CORP / SIMLATUS CORP - GRPR | 5,200,000 |
| 93 | 2015-10-30 | GRID PETROLEUM CORP / SIMLATUS CORP - GRPR | 3,900,000 |
| 94 | 2015-11-02 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 57,700 |
| 95 | 2015-11-06 | ENERGY REVENUE AMERICA INC - ERAO | 5,000,000 |
| 96 | 2015-11-06 | GRID PETROLEUM CORP / SIMLATUS CORP - GRPR | 10,800,000 |
| 97 | 2015-11-06 | INDO GLOBAL EXCHANGE(S) - IGEX | 90,000,000 |
| 98 | 2015-11-10 | GOLD & SILVER MINING OF NEVADA INC - CJTF | 140,000,000 |
| 99 | 2015-11-11 | GRID PETROLEUM CORP / SIMLATUS CORP - GRPR | 14,300,000 |
| 100 | 2015-11-11 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 285,714 |
| 101 | 2015-11-16 | GRID PETROLEUM CORP / SIMLATUS CORP - GRPR | 20,000,000 |
| 102 | 2015-11-17 | GOLD & SILVER MINING OF NEVADA INC - CJTF | 160,000,000 |
| 103 | 2015-11-23 | GRID PETROLEUM CORP / SIMLATUS CORP - GRPR | 24,800,000 |
| 104 | 2015-12-01 | GRILLIT INC - GRLT | 112,000,000 |
| 105 | 2015-12-02 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 380,952 |
| 106 | 2015-12-04 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 563,811 |
| 107 | 2015-12-09 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 700,000 |
| 108 | 2015-12-10 | GRID PETROLEUM CORP / SIMLATUS CORP - GRPR | 38,100,000 |

# Exhibit 2 to DeWitt Declaration
# Stock Transactions - Acquisitions by MEG

(167 Stock Deposits)

|  |  |  | 8,537,795,146 |
|---|---|---|---|
| No. | Stock Receipt Date | Issuer | Shares Deposited |
| 109 | 2015-12-16 | Daniels Corp Advisory - DCAC | 5,400,000 |
| 110 | 2015-12-16 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 1,100,000 |
| 111 | 2015-12-17 | Daniels Corp Advisory - DCAC | 5,600,000 |
| 112 | 2015-12-17 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 1,160,000 |
| 113 | 2015-12-18 | Daniels Corp Advisory - DCAC | 6,400,000 |
| 114 | 2015-12-18 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 1,375,000 |
| 115 | 2015-12-21 | Daniels Corp Advisory - DCAC | 6,770,000 |
| 116 | 2015-12-21 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 1,880,000 |
| 117 | 2015-12-22 | Daniels Corp Advisory - DCAC | 7,414,545 |
| 118 | 2015-12-23 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 1,880,000 |
| 119 | 2015-12-24 | Daniels Corp Advisory - DCAC | 1,579,556 |
| 120 | 2015-12-24 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 2,500,000 |
| 121 | 2015-12-28 | Daniels Corp Advisory - DCAC | 8,500,000 |
| 122 | 2015-12-28 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 2,216,639 |
| 123 | 2015-12-29 | NEXT GALAXY CORP - NXGA | 12,000,000 |
| 124 | 2015-12-30 | Daniels Corp Advisory - DCAC | 8,500,000 |
| 125 | 2015-12-31 | Daniels Corp Advisory - DCAC | 9,000,000 |
| 126 | 2016-01-04 | Daniels Corp Advisory - DCAC | 11,787,500 |
| 127 | 2016-01-05 | Daniels Corp Advisory - DCAC | 12,000,000 |
| 128 | 2016-01-05 | NEXT GALAXY CORP - NXGA | 12,000,000 |
| 129 | 2016-01-06 | Daniels Corp Advisory - DCAC | 9,525,000 |
| 130 | 2016-01-08 | NEXT GALAXY CORP - NXGA | 13,000,000 |
| 131 | 2016-01-08 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 8,900,000 |
| 132 | 2016-01-12 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 13,900,200 |
| 133 | 2016-01-13 | ALUF HOLDINGS INC - AHIX | 14,500,000 |
| 134 | 2016-01-14 | NEXT GALAXY CORP - NXGA | 13,000,000 |
| 135 | 2016-01-15 | ALUF HOLDINGS INC - AHIX | 16,000,000 |
| 136 | 2016-01-15 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 20,000,000 |
| 137 | 2016-01-19 | ALUF HOLDINGS INC - AHIX | 13,928,571 |
| 138 | 2016-01-19 | NEXT GALAXY CORP - NXGA | 22,600,000 |
| 139 | 2016-01-20 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | 24,800,000 |
| 140 | 2016-01-21 | ALUF HOLDINGS INC - AHIX | 6,857,142 |
| 141 | 2016-01-26 | ALUF HOLDINGS INC - AHIX | 13,928,571 |
| 142 | 2016-02-02 | ALUF HOLDINGS INC - AHIX | 17,857,142 |
| 143 | 2016-02-05 | ALUF HOLDINGS INC - AHIX | 13,392,858 |
| 144 | 2016-02-12 | ALUF HOLDINGS INC - AHIX | 45,000,000 |

# Exhibit 2 to DeWitt Declaration
# Stock Transactions - Acquisitions by MEG
### (167 Stock Deposits)

| No. | Stock Receipt Date | Issuer | Shares Deposited |
|---|---|---|---:|
|  |  |  | 8,537,795,146 |
| 145 | 2016-02-17 | ALUF HOLDINGS INC - AHIX | 22,600,000 |
| 146 | 2016-03-01 | ALUF HOLDINGS INC - AHIX | 60,000,000 |
| 147 | 2016-03-18 | GREEN ENERGY ENTERPRISES INC - GYOG | 2,727,272 |
| 148 | 2016-03-18 | GRID PETROLEUM CORP / SIMLATUS CORP - GRPR | 62,420,000 |
| 149 | 2016-03-21 | ALUF HOLDINGS INC - AHIX | 90,000,000 |
| 150 | 2016-03-31 | GREEN ENERGY ENTERPRISES INC - GYOG | 1,750,000 |
| 151 | 2016-03-31 | POTNETWORK HOLDINGS INC - POTN | 1,000,000 |
| 152 | 2016-04-01 | GREEN ENERGY ENTERPRISES INC - GYOG | 1,050,000 |
| 153 | 2016-04-05 | ALUF HOLDINGS INC - AHIX | 90,000,000 |
| 154 | 2016-04-05 | GREEN ENERGY ENTERPRISES INC - GYOG | 3,636,363 |
| 155 | 2016-04-07 | GREEN ENERGY ENTERPRISES INC - GYOG | 1,363,637 |
| 156 | 2016-04-07 | GRID PETROLEUM CORP / SIMLATUS CORP - GRPR | 83,600,000 |
| 157 | 2016-04-08 | ENERGY REVENUE AMERICA INC - ERAO | 2,000,000 |
| 158 | 2016-04-14 | GRID PETROLEUM CORP / SIMLATUS CORP - GRPR | 61,440,000 |
| 159 | 2016-04-21 | ALUF HOLDINGS INC - AHIX | 100,000,000 |
| 160 | 2016-04-27 | CD INTERNATIONAL ENTERPRISES INC - CDII | 6,060,606 |
| 161 | 2016-05-04 | CD INTERNATIONAL ENTERPRISES INC - CDII | 20,757,575 |
| 162 | 2016-05-09 | CD INTERNATIONAL ENTERPRISES INC - CDII | 20,545,454 |
| 163 | 2016-05-13 | CD INTERNATIONAL ENTERPRISES INC - CDII | 25,681,818 |
| 164 | 2016-05-16 | CD INTERNATIONAL ENTERPRISES INC - CDII | 38,818,182 |
| 165 | 2016-06-02 | ALUF HOLDINGS INC - AHIX | 200,000,000 |
| 166 | 2016-07-22 | HALITRON INC - HAON | 25,230,125 |
| 167 | 2016-07-28 | BULOVA TECHNOLO - BTGI | 4,700,000 |