# Exhibit 4 to DeWitt Declaration
# MEG Proceeds from DPA Sales

| No. | Issuer | Debt Purchase Amount | Proceeds | Proceeds Minus DPA |
|---|---|---|---|---|
| 1 | | $ 1,115,012.88 | $ 3,919,790.37 | $ 2,805,777.49 |
| 1 | ALUF HOLDINGS INC - AHIX | $ 75,000.00 | $ 141,425.09 | $ 66,425.09 |
| 2 | AXXESS PHARMA INC - AXXE | $ 10,000.00 | $ - | $ (10,000.00) |
| 3 | BULOVA TECHNOLO - BTGI | $ 25,000.00 | $ 15,333.71 | $ (9,666.29) |
| 4 | CD INTERNATIONAL ENTERPRISES INC - CDII | $ 25,000.00 | $ 53,496.06 | $ 28,496.06 |
| 5 | Daniels Corp Advisory - DCAC | $ 45,000.00 | $ 106,046.24 | $ 61,046.24 |
| 6 | DEWMAR INTERNATIONAL BMC INC - DEWM | $ 17,500.00 | $ 396,418.31 | $ 378,918.31 |
| 7 | EAST COAST DIVERSIFIED - ECDC | $ 25,000.00 | $ 49,250.00 | $ 24,250.00 |
| 8 | ELRAY RES INC - ELRA | $ 20,000.00 | $ 1,087.38 | $ (18,912.62) |
| 9 | ENERGY REVENUE AMERICA INC - ERAO | $ 1,000.00 | | |
| 10 | EYES ON THE GO INC - AXCG | $ 14,676.00 | $ 64,876.65 | $ 50,200.65 |
| 11 | GOLD & SILVER MINING OF NEVADA INC - CJTF | $ 69,841.23 | $ 144,416.09 | $ 74,574.86 |
| 12 | GOLD & GEMSTONE MINING INC - GGSM | $ 11,000.00 | $ 31,444.71 | $ 20,444.71 |
| 13 | GREEN ENERGY ENTERPRISES INC - GYOG | $ 15,000.00 | $ 32,056.18 | $ 17,056.18 |
| 14 | GREENFIELD FARMS FOOD INC - GRAS | $ 6,250.00 | $ 1,641.01 | $ (4,608.99) |
| 15 | GRID PETROLEUM CORP / SIMLATUS CORP - GRPR | $ 16,000.00 | $ 39,437.62 | $ 23,437.62 |
| 16 | HALBERD CORPORATION - HALB | $ 15,000.00 | $ 19,491.94 | $ 4,491.94 |
| 17 | HALITRON INC - HAON | $ 20,184.10 | $ 30,997.14 | $ 10,813.04 |
| 18 | HEALTHNOSTICS INC - HNSS | $ 1,000.00 | $ 10,789.79 | $ 9,789.79 |
| 19 | GRILLIT INC - GRLT | $ 21,500.00 | $ 105,443.36 | $ 83,943.36 |
| 20 | HYBRID COATING TECHNOLOGIES - HCTI | $ 32,000.00 | $ 119,906.03 | $ 87,906.03 |
| 21 | IN OVATIONS HOLDING INC - INOH | $ 55,000.00 | $ 132,392.66 | $ 77,392.66 |
| 22 | INDO GLOBAL EXCHANGE(S) - IGEX | $ 18,049.00 | $ 47,333.65 | $ 29,284.65 |
| 23 | INOLIFE TECHNOLOGIES INC - INOL | $ 20,000.00 | $ 13,356.38 | $ (6,643.62) |
| 24 | INTERNETARRAY INC - INAR | $ 6,000.00 | $ 86,840.34 | $ 80,840.34 |
| 25 | LAS VEGAS RAILWAYS - XTRN | $ 66,800.00 | $ 143,592.01 | $ 76,792.01 |
| 26 | LIG ASSETS INC - LIGA | $ 50,000.00 | $ 93,732.86 | $ 43,732.86 |
| 27 | MEDICAL CARE TECHNOLOGIES - MDCE | $ 9,281.50 | $ 24,484.20 | $ 15,202.70 |
| 28 | MINING GLOBAL INC - MNGG | $ 14,000.00 | $ 28,000.00 | $ 14,000.00 |
| 29 | MYCHECK INC - MYEC | $ 47,176.39 | $ 1,323,679.09 | $ 1,276,502.70 |
| 30 | NEXT GALAXY CORP - NXGA | $ 30,000.00 | $ 40,101.46 | $ 10,101.46 |
| 31 | NORTH AMERICAN CANNABIS HOLDINGS INC - USMJ | $ 15,000.00 | $ - | $ (15,000.00) |
| 32 | PM&E INC - PMEA | $ 12,500.00 | $ - | $ (12,500.00) |
| 33 | POTNETWORK HOLDINGS INC - POTN | $ 25,000.00 | $ 47,286.65 | $ 22,286.65 |
| 34 | PPJ HEALTHCARE ENTERPRISES - PPJE | $ 155,254.66 | $ 315,182.96 | $ 159,928.30 |
| 35 | QUASAR AEROSPACE INDUSTRIES - GYOG | $ 25,000.00 | $ 73,405.95 | $ 48,405.95 |
| 36 | SANOMEDICS INTERNATIONAL HOLDINGS INC - SIMH | $ 60,000.00 | $ 59,719.40 | $ (280.60) |
| 37 | SEVEN ARTS ENTERTAINMENT INC - SAPX | $ 15,000.00 | $ 63,842.80 | $ 48,842.80 |
| 38 | URBAN AG CORP - AQUM | $ 25,000.00 | $ 63,282.65 | $ 38,282.65 |