UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  :  :  Plaintiff,  :  :  v.  :  :  IBRAHIM ALMAGARBY and  :  MICROCAP EQUITY GROUP, LLC,  :  :  Defendants.  : | Case No. 17-62255-Civ-COOKE/HUNT |

## JOINT WITNESS LIST

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants Ibrahim Almagarby and Microcap Equity Group, LLC ("Defendants"), by their respective counsel, hereby file the parties' joint witness list, as directed by the Court's scheduling order [Doc. 58], for the trial in this matter which is currently scheduled to commence on April 13, 2020.

The SEC intends to call the following witnesses:

| Witness | Identifier | Subject | Est. Direct | Est. Cross |
|---|---|---|---|---|
| Ibrahim Almagarby | Microcap Equity Group | Business operations of Microcap Equity Group including securities transactions | 3 hr | 2 hr |
| Anthony P. Fusco | Bridgewater Capital Group | Work on behalf of Microcap Equity Group as a finder | 1 hr | ½ hr |

| Witness | Identifier | Subject | Est. Direct | Est. Cross |
|---|---|---|---|---|
| Robert Lowry | Lowry Consulting Virginia | Expert rebuttal testimony if Defendants are permitted to call proposed expert James Burns (motion to exclude pending) | 2 hr | 2 hr |
| | | Summary witness testimony regarding Microcap Equity Group trading patterns, holding periods, etc., based on voluminous brokerage and other business records | 2 hr | ½ hr |
| Business records authentication witnesses | Various | Defendants have indicated that they will stipulate as to authenticity of records, obviating the need for such witnesses | | |

Defendants intend to call the following witnesses:

| Witness | Identifier | Subject | Est. Direct | Est. Cross |
|---|---|---|---|---|
| James Burns | Attorney, Willkie Farr, Washington, DC | Expert testimony, if permitted (motion to exclude pending) | 3 hr | 3 hr |
| James Thibodeau | SEC Staff Attorney Salt Lake City, UT | Will be called as corporate representative of SEC on corporate knowledge to which he testified in his Rule 30(b)(6) deposition and his personal knowledge regarding the case. | 2 hrs | 1 hr |

2

Dated: March 6, 2020                                              Respectfully submitted,

| | |
|---|---|
| */s/ Robert K. Gordon*<br>Robert K. Gordon<br>William P. Hicks<br><br>Securities and Exchange Commission<br>950 East Paces Ferry Road, NE, Suite 900<br>Atlanta, GA 30326<br>Tel.: 404-842-7600<br>Fax: 404-842-7666<br><br>Counsel for Plaintiff | */s/ James D. Sallah*<br>James D. Sallah<br>Jeffrey L. Cox<br>Joshua F. Bautz<br>Joshua A. Katz<br><br>Sallah, Astarita & Cox, LLC<br>3010 N. Military Trail, Suite 210<br>Boca Raton, FL 33431<br>Tel: 561-989-9080<br>Fax: 561-989-9020<br><br>Mark David Hunter<br>Jenny D. Johnson-Sardella<br>Robert C. Harris<br>Sharifa G. Hunter<br>Hunter Taubman Fischer & Li LLC<br>2 Alhambra Plaza, Suite 650<br>Coral Gables, FL 33134<br><br>*Counsel for Defendants* |