UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-62255-Civ-COOKE/HUNT

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

IBRAHIM ALMAGARBY and
MICROCAP EQUITY GROUP, LLC,

    Defendants.
_____/

### ORDER ESTABLISHING POST SUMMARY JUDGMENT BRIEFING SCHEDULE AND ADMINISTRATIVELY CLOSING CASE

**THIS MATTER** is before the Court on the Parties' Joint Report Regarding the Status of Outstanding Issues to be Decided Prior to Entry of Final Judgment [ECF No. 118], filed September 1, 2020. In their Joint Report, the Parties advised the Court of the discrete issues that remain before the Court can enter a final judgment in this matter. More specifically, the Parties identified the remaining discrete issues as follows:

    1.    Whether and in what amount(s) the Court should order the imposition of civil monetary penalties against Defendant Ibrahim Almagarby and/or Defendant Microcap Equity Group, LLC pursuant to Exchange Act Section 21(d)(3) [15 U.S.C. § 78u(d)(3)].

    2.    Whether the Court should order Defendant Ibrahim Almagarby and/or Defendant Microcap Equity Group, LLC to disgorge the ill-gotten gains, if any, derived from the activities set forth in the Complaint, and, if so, the amount of any such disgorgement.

    3.    Whether the Court, if it includes an order of disgorgement in the Final Judgment, should impose prejudgment interest on the sums to be disgorged, and, if so, the amount of any such prejudgment interest.

    4.    Whether the Court should impose a penny stock bar against Defendant Ibrahim Almagarby and/or Defendant Microcap Equity Group, LLC permanently restraining and enjoining one or both Defendants from participating in the offering of any penny stock,

including engaging in activities with a broker, dealer, or issuer for purposes of issuing, trading, or inducing or attempting to induce the purchase or sale of any penny stock, under Exchange Act Section 21(d)(6) [15 U.S.C. § 78u(d)(6)].

   5.   Whether the Court should order Defendant Microcap Equity Group, LLC to surrender for cancellation its remaining shares of stock of, and surrender its remaining conversion rights under the convertible securities issued by the following issuers: Aluf Holdings, Inc., Axxess Pharma, Inc., Bulova Technologies Group, Inc., CD International Enterprises, Inc., CUBA Beverage Company, Daniels Corporate Advisory Company, Inc., Dewmar International BMC, Inc., East Coast Diversified Corp., Elray Resources, Inc., Energy Revenue America, Inc., Eyes on the Go, Inc., Gold & Silver Mining of Nevada, Inc., Gold and GemStone Mining Inc., Green Energy Enterprises, Inc., Greenfield Farms Food, Inc., Grid Petroleum Corp./ Simlatus Corporation, Halberd Corporation, Halitron, Inc., Healthnostics, Inc., Healthy & Tasty Brands Corporation (a/k/a GRILLiT, Inc.), Hybrid Coating Technologies, Inc., In Ovations Holdings, Inc., Indo Global Exchange(s) Pte, Ltd., InoLife Technologies, Inc., InternetArray, Inc., Las Vegas Railway Express, Inc., LIG Assets, Inc., Medical Care Technologies Inc., Mining Global, Inc., MyECheck, Inc., Next Galaxy Corp., North American Cannabis Holdings, Inc., PM&E, Inc., PotNetwork Holdings Inc., PPJ Healthcare Enterprises, Inc., Quasar Aerospace Industries, Inc., Sanomedics, Inc., Seven Arts Entertainment, Inc., and Urban Ag Corp.

In addition to outlining the remaining above discrete issues, in their Joint Report, the Parties requested an extended briefing schedule to address those issues. Under the Parties' proposed extended briefing schedule, Plaintiff would file its brief regarding the issues enumerated above by October 15, 2020 (together with a proposed Final Order), then Defendants would file their responsive brief by October 29, 2020, and Plaintiff would file its reply brief by November 5, 2020.

   Upon careful review of the Parties' Joint Report and a thorough review of the record, it is **ORDERED and ADJUDGED** as follows:

   1. The Parties are directed to address the above-outlined discrete issues pursuant to the Parties' requested extended briefing schedule. Accordingly, Plaintiff is directed to file its brief regarding the above enumerated issues on or before **October 15, 2020**, Defendants shall file their responsive brief on or before **October 29, 2020**, and Plaintiff shall file its reply brief on or before **November 5, 2020**. No further extensions of time

   will be granted.

2. In the interim, the Clerk is directed to **CLOSE** this case for statistical purposes and all pending motions are **DENIED AS MOOT**.

**DONE and ORDERED** in Chambers at Miami, Florida this 5th day of October 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*